# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TEXAS GUARANTEED STUDENT**
**LOAN CORPORATION,**
   **Plaintiff,**

  v.              Case No. 09C0996

**JOHNSON CHRISTIAN ACADEMY,**
**INC.,**
   **Defendant.**

---

## ORDER

  Plaintiff Texas Guaranteed Student Loan Corporation brings this suit under 20 U.S.C. § 1095a(a)(6) to enforce an administrative wage withholding order issued against defendant Johnson Christian Academy, Inc. Defendant has been served with the complaint, but has not answered. The Clerk entered default against defendant on March 10, 2010. Pursuant to Fed. R. Civ. P. 26(d)(1), plaintiff requests an order authorizing it to engage in discovery. Plaintiff states that it is unable to obtain a default judgment against defendant unless documents concerning the disposable pay of the employee who was the subject of the withholding order are produced. I agree that plaintiff is entitled to discovery and will grant its request. However, inasmuch as defendant has defaulted, plaintiff may wish to treat it as a non-party for purposes of discovery. See <u>Blazek v. Capital Recovery Assocs. Inc.</u>, 222 F.R.D. 360, 361 (E.D. Wis. 2004); <u>see also</u> Fed. R. Civ. P. 34(c) & 45.

  Dated at Milwaukee, Wisconsin this 12 day of April, 2010.

                /s_____
                LYNN ADELMAN
                District Judge